■ In the Matter of the Arbitration between MERCHANTS MUTUAL INSURANCE COMPANY, Appellant, and ESTHER A. CARRION et al., Respondents. — In a proceeding pursuant to CPLR 7503 (subd [b]) to stay arbitration, the petitioner appeals from (1) a judgment of the Supreme Court Nassau County (Burke, J.), dated April 13, 1983, which denied the application and (2) an order of the same court, dated July 11, 1983, which denied its motion for reargument of its application to stay arbitration. ¶ Appeal from the order dismissed. No appeal lies from an order denying reargument. ¶ Judgment affirmed. No opinion. ¶ Respondents are awarded one bill of costs. Bracken, J. P., Niehoff, Rubin and Eiber, JJ., concur.

■ In the Matter of VINCENT TAURASI et al., Appellants, v BOARD OF ZONING APPEALS OF THE TOWN OF HEMPSTEAD et al., Respondents. — Judgment of the Supreme Court, Nassau County (Burke, J.), entered January 27, 1984, affirmed, with costs (see, e.g., *Conley v Town of Brookhaven Zoning Bd. of Appeals,* 40 NY2d 309). Titone, J. P., Mangano, Thompson and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED BRODIE, Appellant. — Appeals by defendant from two judgments of the Supreme Court, Kings County (Pincus, J.), both rendered May 14, 1981, convicting him of robbery in the first degree and attempted robbery in the first degree, upon his pleas of guilty, and imposing sentences. ¶ Judgments affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on these appeals. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Niehoff, Rubin and Eiber, JJ., concur.